No. —, Original. *Ex parte:* IN THE MATTER OF DUREZ COMPANY, INC., PETITIONER. Submitted January 5, 1925. Decided January 12, 1925. Motion for leave to file a petition for a writ of mandamus and/or a writ of prohibition herein denied. *Mr. Alan N. Mann* and *Mr. George E. Cruse* for petitioner.

---

No. 91. TAMPA–INTER-OCEAN STEAMSHIP COMPANY, INC., *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Argued, and case continued with leave to counsel to present motion to reargue principles of *Texas Transport & Terminal Co.* v. *New Orleans,* 264 U. S. 150, October 17, 1924; motion submitted December 12, 1924; motion denied January 5, 1925. Cause decided January 12, 1925: *Per Curiam.* Reversed with costs, upon the authority of *Texas Transport & Terminal Co.* v. *New Orleans,* 264 U. S. 150. *Mr. George H. Terriberry,* with whom *Mr. W. W. Young, Mr. Joseph M. Rault,* and *Mr. Walter Carroll* were on the brief, for plaintiff in error. *Mr. Edward M. Heath,* with whom *Mr. J. Z. Spearing* and *Mr. C. C. Friederichs* were on the brief, for defendant in error.